**Form odsm13L**

# United States Bankruptcy Court
Eastern District of Louisiana

*In Re:*
Sherry Lynn Zeringue

*Debtor(s)*

Case Number: 03–14204

Chapter: 13     Section A

## ORDER DISMISSING CASE

### Failure to comply with Court Order

Pursuant to a hearing held June 7, 2005 on the Trustee's motion to dismiss this case,

IT IS ORDERED that this case is **DISMISSED** .

IT IS FURTHER ORDERED that the stay pursuant to 11 U.S.C. Section 362 is **vacated and set aside.**

New Orleans, Louisiana, June 14, 2005.

.

*[signature]*

United States Bankruptcy Judge